Official Form 1 (04/10)

| **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|
| **CENTRAL DISTRICT OF CALIFORNIA** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Solar Drive, LLC,*<br>*Limited Liability Company* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *20-1107727* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*2450 Solar Drive*<br>*Los Angeles CA*        ZIPCODE *90046* | Street Address of Joint Debtor (No. & Street, City, and State):        ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*        ZIPCODE | Mailing Address of Joint Debtor (if different from street address):        ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  *SAME*        ZIPCODE | |

| Type of Debtor (Form of organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☒ Other (if debtor is not one of the above entities, check this box and state type of entity below<br><br>*Limited Liability Company* | ☐ Health Care Business<br>☒ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☒ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"      ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (04/10)                                                                FORM B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): *Solar Drive,* *Limited Liability Company* |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X _____ Signature of Attorney for Debtor(s)            Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                                 FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Solar Drive, LLC,**<br>**Limited Liability Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

X _____
Signature of Attorney for Debtor(s)

**Carolyn A. Dye**
Printed Name of Attorney for Debtor(s)

**Law Offices of Carolyn A. Dye**
Firm Name

**3435 Wilshire Blvd., Ste. 990**
Address

**Los Angeles CA  90010**

**213/368-5000**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Tim Devine**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re  *Solar Drive, LLC*
     *Limited Liability Company*

Case No.

Chapter   11

———————————————————————————
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate If Claim Is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Tim Devine<br>1400 Devlin Drive<br>Los Angeles CA  90069 | Phone:<br>Tim Devine<br>1400 Devlin Drive<br>Los Angeles CA  90069 | Advances for Development of Pr<br>Value:<br>Net Unsecured: | | $ 8,000,000.00<br>$ 0.00<br>$ 8,000,000.00 |
| 2<br>Thornberg Mortgage<br>c/o Select Portfolio<br>3815 South West Temple<br>Salt Lake City UT  84115-4412 | Phone:<br>Thornberg Mortgage<br>c/o Select Portfolio<br>3815 South West Temple<br>Salt Lake City UT  84115-4412 | 1st Trust Deed<br>Value:<br>Net Unsecured: | | $ 2,618,000.00<br>$ 0.00<br>$ 2,618,000.00 |
| 3<br>Ashford Transition Fund I, L.<br>c/o Michael J. Steponovich,Esq<br>701 S. Parker St., Ste.<br>Orange CA  92868 | Phone:<br>Ashford Transition Fund I, L.P<br>c/o Michael J. Steponovich,Esq<br>701 S. Parker St., Ste.<br>Orange CA  92868 | 3rd Trust Deed<br>Value:<br>Net Unsecured: | | $ 2,500,000.00<br>$ 0.00<br>$ 2,500,000.00 |
| 4<br>Bank of America<br>PO Box 301200<br>Los Angeles CA  90030-1200 | Phone:<br>Bank of America<br>PO Box 301200<br>Los Angeles CA  90030-1200 | 2nd Trust Deed on 1421 La Joll<br>Value:<br>Net Unsecured: | | $ 500,000.00<br>$ 0.00<br>$ 500,000.00 |
| 5<br>Ezra Brutzkus Gubner, LLP<br>21650 Oxnard St., Ste. 500<br>Woodland Hills CA  91367 | Phone:<br>Ezra Brutzkus Gubner, LLP<br>21650 Oxnard St., Ste. 500<br>Woodland Hills CA  91367 | Legal Services | D | $ 300,000.00 |

B4 (Official Form 4) (12/07)

_____ Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Ron Vidor<br>c/o Neal T. Curatola, Esq.<br>2300 E. Katella., Ster. 432<br>Anaheim CA  92806 | Phone:<br>Ron Vidor<br>c/o Neal T. Curatola, Esq.<br>2300 E. Katella., Ster. 432<br>Anaheim CA  92806 | Loan to former principal ofDebtor | D | $ 200,000.00 |
| 7<br>Dumas & Associates<br>c/o James A. Dumas, Esq.<br>3435 Wilshire Blvd., Ste.<br>Los Angeles CA  90010 | Phone: 213-368-5000<br>Dumas & Associates<br>c/o James A. Dumas, Esq.<br>3435 Wilshire Blvd., Ste.<br>Los Angeles CA  90010 | Legal Fees | | $ 133,669.00 |
| 8<br>Scott Alan Schiff<br>Soukup & Schiff LLP<br>1801 Century Park E., #470<br>Los Angeles CA  90067 | Phone:<br>Scott Alan Schiff- disputed<br>Soukup & Schiff LLP<br>1801 Century Park E., #470<br>Los Angeles CA  90067 | Legal Fees | D | $ 91,000.00 |
| 9<br>Dan Rudat<br>2019 W. Chapman Avenue<br>Orange CA  92868 | Phone: 714-803-0004<br>Dan Rudat<br>2019 W. Chapman Avenue<br>Orange CA  92868 | Unsecured loans for property expe | | $ 42,000.00 |
| 10<br>Bill Crystal<br>Urban Concepts<br>3701 Wilshire Blvd., #414<br>Los Angeles CA  90010 | Phone:<br>Bill Crystal<br>Urban Concepts<br>3701 Wilshire Blvd., #414<br>Los Angeles CA  90010 | | | $ 19,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Limited Liability Company

I, _Tim Devine_____ , _Manager_____ of the _Limited Liability_ ₙₒₘₚₐₙy Company

as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that

they are true and correct to the best of my knowledge, information and belief.

Date: _7/28/2011_            Signature _____

Name:  Tim Devine

Title:  Manager

B4 (Official Form 4) (12/07)

_____   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Limited Liability Company

I, *Tim Devine* _____ , _____ of the *Limited Liability Company*
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: __7/28/11__

Signature _____

Name:  *Tim Devine*

Title:

Page 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re *Solar Drive, LLC*
*Limited Liability Company*

Case No.

Chapter 11

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Tim Devine is Manager of Solar Drive, LLC, a California corporation. On 07/28/2011 the following resolution was duly adopted by the Solar Drive, a limited Liability Company of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Tim Devine, Manager of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Tim Devine, Manager of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Tim Devine, Manager of this corporation, be and hereby is, authorized and directed to employ Carolyn A. Dye, Attorney and the law firm of Law Offices of Carolyn A. Dye, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Tim Devine, Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date    07/28/2011 _____

Signature _____

Tim Devine
Manager

Verification of Creditor Mailing List - (Rev. 10/05)                              2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Carolyn A. Dye_

Address _3435 Wilshire Blvd., Ste. 990 Los Angeles, CA 90010_

Telephone _213/368-5000_

[X]    Attorney for Debtor(s)

[ ]    Debtor In Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>*In re   Solar Drive, LLC* | Case No. |
|---|---|
| | Chapter *11* |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _3_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _07/28/2011_

Attorney: _Carolyn A. Dye_

Debtor: _Solar Drive, LLC_

Joint Debtor:

Solar Drive  LLC
2450 Solar Drive
Los Angeles  CA  90046


Carolyn A  Dye
3435 Wilshire Blvd   Ste  990
Los Angeles  CA  90010


Office of the US Trustee
725 S  Figueroa St   Ste  2600
Los Angeles  CA  90017


Ashford Companies  LLC
3419 Via Lido  #470
Newport Beach  CA  92663


Ashford Funding
c/o Frank Kavanaugh
2532 Dupont Drive
Irvine  CA  92612


Ashford Transition Fund I  L P
c/o Michael J  Steponovich Esq
701 S  Parker St   Ste  7500
Orange  CA  92868


Ashford Transition Fund I  L P
3419 Via Lido  #470
Newport Beach  CA  92663


Bank of America
PO Box 301200
Los Angeles  CA  90030-1200


Bill Crystal
Urban Concepts
3701 Wilshire Blvd   #414
Los Angeles  CA  90010

Dan Rudat
2019 W  Chapman Avenue
Orange  CA  92868


Dumas & Associates
c/o James A  Dumas  Esq
3435 Wilshire Blvd    Ste  990
Los Angeles  CA  90010


Ezra Brutzkus Gubner  LLP
21650 Oxnard St    Ste  500
Woodland Hills  CA  91367


Ron Vidor
4141 Elmer Avenue
North Hollywood  CA  91602


Ron Vidor
c/o Neal T  Curatola  Esq
2300 E  Katella    Ster  432
Anaheim  CA  92806


Scott Alan Schiff
Soukup & Schiff LLP
1801 Century Park E    #470
Los Angeles  CA  90067


Scott Alan Schiff- disputed
Soukup & Schiff LLP
1801 Century Park E    #470
Los Angeles  CA  90067


Select Portfolio
PO Box 65250
Salt Lake City  UT  84165-0250


Thornberg Mortgage
c/o Select Portfolio
3815 South West Temple
Salt Lake City  UT  84115-4412

Tim Devine
1400 Devlin Drive
Los Angeles  CA  90069