JaVonne M. Phillips, Esq. SBN 187474
Gregory Babcock, Esq. SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2004-2 Mortgage Loan Pass-Through Certificates, Series 2004-2, its assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 2:11-bk-42298-PC |
| | § | |
| **Solar Drive, LLC,** | § | Chapter: 11 |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2004-2 Mortgage Loan Pass-Through Certificates, Series 2004-2, its assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc., in the above referenced bankruptcy case:

> **McCarthy & Holthus, LLP**
> 1770 Fourth Avenue
> San Diego, CA 92101
> (877) 369-6122

Dated: 8/3/2011                           McCarthy & Holthus, LLP


                                   By: /s/ Gregory Babcock, Esq.
                                        Gregory Babcock, Esq.,

| In re: Solar Drive, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:11-bk-42298-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document described NOTICE OF APPEARANCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/3/2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

UNITED STATES TRUSTEE
ustpregion16.la.ecf@usdoj.gov

COUNSEL FOR UST
Kenneth G Lau
kenneth.g.lau@usdoj.gov

Queenie K Ng
queenie.k.ng@usdoj.gov

COUNSEL FOR DEBTOR
Carolyn A Dye
trustee@cadye.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **8/3/2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR - Solar Drive, LLC, 2450 Solar Drive, Los Angeles, CA 90046

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/3/2011 | **David Fry** | **/s/ David Fry** |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**